IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:19-CV-1665 |
| v. ) | |
| ) | |
| RICHARD MIKOLAJEWICZ, ) | |
| ALICIA MIKOLAJEWICZ, ) | |
| BOGUMIL MIKOLAJEWICZ, and ) | |
| COOK COUNTY TAX ASSESSOR ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**COMPLAINT**

The United States of America, with the authorization of a delegate of the Secretary of the Treasury and at the direction of a delegate of the Attorney General, brings this action, pursuant to 26 U.S.C. § 7401, to enforce federal tax liens with respect to the unpaid tax liabilities of Richard Mikolajewicz and Alicia Mikolajewicz ("Taxpayers") upon certain real property in Cook County, Illinois, and to obtain a money judgment against Taxpayers for certain unpaid federal tax liabilities. In support thereof, the United States alleges as follows:

Jurisdiction, Parties, and Property

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1340, and 1345 and 26 U.S.C. §§ 7402 and 7403.

2. Defendant Richard Mikolajewicz, who is also known as Ryszard Mikolajewicz, resides within the jurisdiction of the Court.

3. Defendant Alicia Mikolajewicz, who is also known as Alicja Mikolajewicz, resides within the jurisdiction of the Court.

4. The real property upon which the United States seeks to enforce its federal tax liens is located at 8236 W. Summerdale, Norwood Park, Cook County, Illinois (the "Property"), bearing Property Identification Number 12-11-202-002-0000, and more fully described as:

> Lot 37 in Florence L. Williamson's resubdivision of Lot 2, in the Superior Court Commissioner's partition of the Estate of James Williamson, Deceased, being part of the Northeast quarter of Section 11 and part of the Northwest quarter of Section 12, Township 40 North, range 12 East of the Third Principal Meridian, in Cook County, Illinois.

5. Defendant Bogumil Mikolajewicz is named as a defendant in accordance with 26 U.S.C. § 7403(b) because he has or may claim an interest in the Property.

6. Defendant Cook County Tax Assessor is named as a defendant in accordance with 26 U.S.C. § 7403(b) because it may claim an interest in the Property.

**FACTS COMMON TO ALL COUNTS**

*The Taxpayers' Federal Income Tax Liabilities*

7. The IRS conducted an examination of Taxpayers' Forms 1040, U.S. Individual Income Tax Return, for tax years 2004 and 2005.

8. As a result of the examination, the IRS determined income tax deficiencies based upon a determination that the Taxpayers understated the amounts of gross income reported on Schedule C by overstating both their "costs of labor" and cost of "materials and supplies" for their sole proprietorship, M & R Installers, in both tax years.

9. On April 12, 2010, a delegate of the Secretary of the Treasury made an assessment against Taxpayers for $72,829.45 in federal income taxes; $17,647.35 in "failure to pay" penalties; and $69,523.14 in interest for tax year 2004. The unpaid balance due for tax year 2004 as of December 3, 2018 is $168,142.58.

10. On April 12, 2010, a delegate of the Secretary of the Treasury made an assessment against Taxpayers for $27,778.52 in federal income taxes; $23,762.98 in "failure to pay" penalties; and $73,943.14 in interest for tax year 2005. The unpaid balance due for tax year 2005 as of December 3, 2018 is $132,084.30.

11. On or about October 14, 2017, Taxpayers filed a Form 1040 for tax year 2016 which reported $41,191 in tax due and owing. On November 20, 2017, a delegate of the Secretary of the Treasury made an assessment against Taxpayers for $41,191.00 in federal income taxes; $1,434.46 in "failure to pay" penalties; and $879.24 in interest for tax year 2016. The unpaid balance due for tax year 2016 as of December 3, 2018 is $39,528.54.

12. On or about the dates of the assessments set forth in Paragraphs 9, 10, and 11, above, a delegate of the Secretary of the Treasury gave Taxpayers notice of the liabilities and made demand for payment.

13. Despite notice of the liabilities described in Paragraphs 9, 10, and 11, above, and demand for payment, Taxpayers have failed, neglected or refused to fully pay the liabilities.

*The Property*

   a. *Taxpayers' Acquisition of the Property*

14. Richard Mikolajewicz and his brother, Bogumil Mikolajewicz acquired title to the Property as joint tenants by executor's deed dated December 15, 2000, and recorded as document number 0010046482, by the Cook County Recorder of Deeds.

15. Richard Mikolajewicz and Bogumil Mikolajewicz each continue to own a 50% interest in the Property.

    b.  *Federal Tax Liens on the Property*

  16. Pursuant to 26 U.S.C. §§ 6321 and 6322, on the dates of assessments set forth in Paragraphs 9, 10, and 11, above, federal tax liens arose in favor of the United States upon all property and rights to property belonging to Taxpayers in an amount equal to the unpaid assessed liabilities, plus interest and other additions and accruals permitted by law, until paid.

  17. The tax liens attached to Taxpayers' present and future property interests, and remain until the amounts they secure are paid, or the statute of limitations on the collection of such liabilities expires.

  18. The statutory tax liens regarding the Taxpayers, which arose upon assessment, attached to Richard Mikolajewicz's 50% interest in the Property.

### COUNT I: ENFORCE FEDERAL TAX LIENS

  19. The United States incorporates all previous paragraphs as if fully stated herein.

  20. For purposes of the enforcement of the statutory liens, the Taxpayers remain indebted to the United States in the amount of $339,755.42 as of December 3, 2018, plus statutory additions and interest that continue to accrue from and after October 18, 2018. The $339,755.42 balance consists of the original tax, interest, and penalties assessed against Taxpayers, plus statutory interest from and after the dates of assessment, less any payments and credits, for their unpaid income tax liabilities (Form 1040) for the 2004, 2005, and 2016 income tax years.

  21. Pursuant to 26 U.S.C. § 7403, the United States is entitled to enforce its liens against the Property, to have the entire Property sold at a judicial sale free and clear of all rights, titles, claims, liens, and interests of the parties, including any rights of redemption, and, after the payment of the costs of sale and preservation of the Property, plus any real estate taxes due and

owing as permitted by 26 U.S.C. § 6323(b), to have 50% of the proceeds distributed to the United States, and to have the remaining proceeds distributed to Bogumil Mikolajewicz, or as otherwise ordered by the Court in accordance with the law.

### COUNT II: REDUCE THE TAXPAYERS' UNPAID TAX LIABILITIES TO MONETARY JUDGMENT

22. The United States incorporates Paragraphs 1-3 and 7-13, as if fully stated herein.

23. Taxpayers remain jointly and severally liable to the United States for the taxes assessed against them for the 2004, 2005, and 2012 income tax years, as detailed in Paragraphs 9, 10, and 11, above, plus interest thereon, less any payments and credits.

WHEREFORE, plaintiff United States of America requests the following relief:

    A.    Determine and adjudge that Richard Mikolajewicz owns a 50% interest in the Property;

    B.    Determine and adjudge that the federal tax liens securing Taxpayers' tax liabilities attach to the Property, and order that the federal tax liens upon the Property be enforced and that the entire Property be sold in a judicial sale, according to law, free and clear of any right, title, lien, claim or interest of the parties herein, and after the payment of the costs of sale and preservation of the Property, plus any real estate taxes due and owing as permitted by 26 U.S.C. § 6323(b), that 50% of the proceeds of the sale be distributed to the United States toward satisfaction of Taxpayers' tax liabilities, and the remaining proceeds distributed to Bogumil Mikolajewicz, or as otherwise ordered by the Court in accordance with the law;

5

      C.      Enter judgment in favor of the plaintiff United States of America and against the defendants Richard Mikolajewicz and Alicia Mikolajewicz, jointly and severally, in the amount of $339,755.42, plus statutory additions and interest that continue to accrue from and after December 3, 2018, less any payments and credits, for their unpaid income tax liabilities (Form 1040) for the 2004, 2005, and 2016 income tax years; and,

      D.      Any other and further relief that the Court deems just and proper, including the United States' costs.

Dated: March 8, 2019.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division, U.S. Department of Justice


*/s/ Jordan A. Konig*
Jordan A. Konig
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044                                            *Local Counsel:*
Telephone: (202) 305-7917
Fax: (202) 514-5238                                                  John R. Lausch, Jr.
Email: Jordan.A.Konig@usdoj.gov                       United States Attorney

# CIVIL COVER SHEET

The ILND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(See instructions on next page of this form.)*

## I. (a) PLAINTIFFS

United States of America

## DEFENDANTS

Richard Mikolajewicz, Alicia Mikolajewicz, Bogumil Mikolajewicz, and Cook County Tax Assessor

**(b)** County of Residence of First Listed Plaintiff _____
*(Except in U.S. plaintiff cases)*

County of Residence of First Listed Defendant: Cook
*(In U.S. plaintiff cases only)*

Note: In land condemnation cases, use the location of the tract of land involved.

**(c)** Attorneys *(firm name, address, and telephone number)*

Jordan A. Konig, U.S. Department of Justice Tax Division,
P.O. Box 55, Ben Franklin Station, Washington, DC 20044, (202) 305-7917

Attorneys *(if known)*

## II. BASIS OF JURISDICTION *(Check one box, only.)*

- [x] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government not a party)*
- [ ] 4 Diversity *(Indicate citizenship of parties in Item III.)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only.)*
*(Check one box, only for plaintiff and one box for defendant.)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Check one box, only.)*

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- 530 General
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**PRISONER PETITIONS**
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty
- **Habeas Corpus:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee – Conditions of Confinement

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent – Abbreviated New Drug Application
- 840 Trademark

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729 (a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit
- 485 Telephone Consumer Protection Act (TCPA)
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**IMMIGRATION**
- 462 Naturalization Application
- 463 Habeas Corpus - Alien Detainee (Prisoner Petition)
- 465 Other Immigration Actions

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAXES**
- [x] 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

## V. ORIGIN *(Check one box, only.)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation
- [ ] 8 Multidistrict Litigation Direct File

## VI. CAUSE OF ACTION
*(Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)*

26 U.S.C. 7402 & 7403
enforce tax liens, reduce unpaid tax liabilities to judgment

## VII. PREVIOUS BANKRUPTCY MATTERS
*(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)*

## VIII. REQUESTED IN COMPLAINT:
- [ ] Check if this is a **class action** Under rule 23, F.R.CV.P.
- Demand $ 339,755.42
- Check Yes only if demanded in complaint.
- Jury Demand: [ ] Yes [x] No

## IX. RELATED CASE(S) IF ANY
*(See instructions)*
Judge _____ Case Number _____

**X. Is this a previously dismissed or remanded case?** [ ] Yes [x] No  If yes, Case # _____ Name of Judge _____

**Date:** March 8, 2019

**Signature of attorney of record:** /s/ Jordan A. Konig